1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

FILED
2018 JUN -8 PM 12:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL EDGAR CONE,
   aka "Brian Gwinn,"
   aka "Brian Kipp,"
   aka "Brian Douglas,"

    Defendant.

SACR 18-00111 DOC

I N F O R M A T I O N

[18 U.S.C. § 371: Conspiracy to Commit Wire Fraud]

The United States Attorney charges:

[18 U.S.C. § 371]

A.   INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.   Defendant MICHAEL EDGAR CONE, also known as ("aka") "Brian Gwinn," aka "Brian Kipp," aka "Brian Douglas" ("defendant CONE"), offered and sold investments through his entities that he controlled and operated in the Dallas, Texas area, namely, Greenview Investment Partners ("GIP") and Greenfield & Wright, LLC ("G&W").

2.   GIP was an entity that purportedly used investor money to make high-interest-rate loans to companies in the legal cannabis business, such as dispensaries and cannabis growers.

3.   Special Agents of the Federal Bureau of Investigation ("FBI") conducted an undercover investigation into fraudulent investment schemes. As part of the undercover investigation, FBI established an undercover entity in Orange County, California, whereby FBI Undercover Agents ("UCAs") posed as wealthy residents of Orange County, California, seeking to invest substantial monies.

B.   OBJECT OF THE CONSPIRACY

4.   Beginning on an unknown date and continuing through in or about March 2018, in Orange County, within the Central District of California, and elsewhere, defendant CONE, together with others known and unknown, knowingly combined, conspired, and agreed to knowingly and intentionally commit wire fraud, in violation of Title 18, United States Code, Section 1343.

C.   MANNER AND MEANS OF THE CONSPIRACY

5.   The object of the conspiracy was carried out, and caused to be carried out, in substance, as follows:

a.   Beginning on an unknown date and continuing through approximately March 2018, defendant CONE and co-conspirators known and unknown, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from investors, including a UCA, by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

b.   Through false and fraudulent statements and written materials, defendant CONE attempted to induce and did induce

investors to invest in a purported cannabis development program managed by defendant CONE through GIP.

   c. To obtain the investors' money, defendant CONE made and caused to be made material omissions and false promises and statements, including, without limitation, claiming that an investment with GIP would return 24% in one year, claiming that GIP had raised over $153 million in debt funding for cannabis companies since 2006, claiming that all of the investor money placed in GIP would be used for cannabis investment, and omitting the material facts that defendant CONE would use the investors' principal to pay GIP employees and for his own personal use.

<u>False and Deceptive Statements to Investors</u>

   d. In carrying out the above-described conspiracy, defendant CONE and his co-conspirators made and caused to be made false and deceptive statements to the investors, including, without limitation, the following:

    i. that defendant CONE's name was Brian Gwinn;

    ii. that investments with GIP would return 24% on an annual basis to investors; and

    iii. that the investors' money placed in GIP would be used solely for cannabis investment.

<u>Concealment of Material Facts from Investors</u>

   e. In carrying out the above-described conspiracy, defendant CONE and his co-conspirators concealed, among others, the following material facts:

    i. that defendant CONE would use the investors' principal for his own personal use, including the purchase of luxury automobiles;

3

        ii.  that defendant CONE would use the investors' principal to pay payroll and commissions to GIP employees, as well as other operating expenses;

        iii. that defendant CONE would use the investors' principal to make periodic payments to investors; and

        iv.  that defendant CONE's true name was Michael Cone.

6.  Through the above-described conspiracy, defendant CONE and his co-conspirators induced and attempted to induce investors to distribute money to GIP.

//
//

D.    OVERT ACTS

    7.    On or about February 8, 2018, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendant CONE transmitted and caused the transmission, by means of wire communication in interstate commerce, of a telephone call from GIP employees in the Dallas, Texas area to a UCA in Orange County, within the Central District of California, in an attempt to induce the UCA to invest $500,000 in GIP.

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

SANDY N. LEAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

BENJAMIN D. LICHTMAN
Assistant United States Attorney
Santa Ana Branch Office