# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:18-CR-00111-DOC     Recorder: CS 06/18/2018     Date: 06/18/2018

Present: The Honorable John D. Early, U.S. Magistrate Judge

Court Clerk: Maria Barr     Assistant U.S. Attorney: Daniel Lim

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MICHAEL EDGAR CONE aka Brian Gwinn, aka Brian Kipp, aka Brian Douglas <br>     Custody | Kimberly M. Miller <br> Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 8/14/2018 at 8:30 AM
    Status Conference 7/16/2018 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 5-7 days.

PIA: 00 : 02
Initials of Deputy Clerk: mba

cc: Statistics Clerk, PSALA PSASA, USMSA