FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 18 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SACR 18-00111 DOC |
| v. | |
| MICHAEL EDGAR CONE aka "BRIAN GWINN" et al. | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __KIMBERLEY MILLER__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__6.18.18__
Date

_[signature]_
Defendant's Signature

__SANTA ANA, CA__
City and State

## APPEARANCE OF COUNSEL

I, __KIMBERLEY MILLER__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__6.18.18__
Date

_[signature]_
Attorney's Signature

__260280__
California State Bar Number

__1875 CENTURY PARK EAST, 23d Floor__
Street Address

__LA, CA 90067__
City, State, Zip Code

__(310) 201-2100__
Telephone Number

__(310) 201-2110__
Fax Number

__km@birdmarella.com__
E-mail Address

CR-14 (01/07)     DESIGNATION AND APPEARANCE OF COUNSEL